IN RE: K.J.

Petition of: B.T., Mother

In re: X.M.

Petition of: B.T., Mother

No. 259 WAL 2017
No. 260 WAL 2017

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

Timothy Allen PARSONS, Petitioner

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent

No. 214 WAL 2017

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of August, 2017, the Petition for Allowance of Appeal and Application for Supersedeas are **DENIED**.

Gerald S. LEPRE, Jr., Petitioner

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent

No. 211 WAL 2017

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.